# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ab Coaster Holdings, Inc.

Plaintiff(s)

v.

Brian Greene, Penny Greene, Professional Billing Consultants, Inc. and DOES 1-10

Defendant(s).

CASE NUMBER  cv-10-0397 VBF(CWx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

The Court, having reviewed the accompanying Application of __Arland T. Stein__,
*Applicant's Name*

of __Hahn Loeser & Parks LLP, 65 E. State St. Suite 1400, Columbus, Ohio 43115__
*Firm Name / Address*

__614.233.5104__                                                    __astein@hahnlaw.com__
*Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of:    Plaintiff    X Defendants

__Brian Greene, Penny Greene, and Professional Billing Consultants, Inc.__

and the designation of __Joseph M. Aliberti, Bar No. 168870__
*Local Counsel Designee /State Bar Number*

of __Law Office of Joseph M. Aliberti, 260 Newport Center Dr. Suite 100, Newport Beach, CA 92660__
*Local Counsel Firm / Address*

__949.724.0550__                                                    __jma@alibertilaw.com__
*Telephone Number*                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

**x** GRANTED

_ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated __February 15, 2010__                          *Valerie Baker Fairbank* (signature)

U. S. District Judge/U. S. Magistrate Judge

G-64 ORDER (01/08)       **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**