```
                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                              EASTERN DIVISION
```

AB Coaster Holdings, Inc.,
a Delaware corporation,

vs.

                                              CASE NUMBER: 2:10-cv-0234

Brian Greene, an individual,
et al.,                                      JUDGE SARGUS
                                              Magistrate Judge Kemp

**NOTICE**

     **PLEASE NOTE** the preliminary pretrial conference in the above entitled action has been **RESCHEDULED** to May 20, 2010 at 3:00 p.m. before the Honorable Terence P. Kemp in Room #172.

                                        **TERENCE P. KEMP**
                                        **UNITED STATES MAGISTRATE JUDGE**

Date: March 28, 2010             /s/ *Wanda J. Harrison*
                                        (BY) Wanda Harrison, Deputy Clerk
                                                614-719-3023
                                                wanda_harrison@ohsd.uscourts.gov

**PREVIOUSLY SCHEDULED DATE:**   April 14, 2010 @ 3:15 p.m. before the
                                                Honorable Norah McCann King