## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| AB COASTER HOLDINGS, INC., | ) | Case No.  2:10-cv-00234 |
| | ) | |
| Plaintiff, | ) | Judge SARGUS |
| | ) | |
| v. | ) | Magistrate Judge KEMP |
| | ) | |
| BRIAN GREENE *et al.*, | ) | **DEFENDANTS' OPPOSITION TO** |
| Defendants. | ) | **PLAINTIFF'S MOTION TO** |
| | ) | **APPEAR BY TELEPHONE** |
| | ) | |

Late yesterday, Plaintiff Ab Coaster Holdings, Inc. ("Ab Coaster") filed a motion purporting to require "all counsel to participate in the pretrial conference via telephone."

Brian and Penny Green (the "Greenes") have repeatedly advised Ab Coaster, through counsel, that their counsel would appear before the Court in person for the preliminary pretrial conference on May 20, 2010.  The Greenes do not consent to appearing by telephone, and have informed Ab Coaster's counsel of such on multiple occasions over the past month.  The Greenes expressly object to Ab Coaster's improper attempt to compel the Greenes' counsel to appear by telephone.

The Greenes believe that appearance in person will facilitate discussion and resolution of the issues to be addressed at the conference.  However, the Greenes have no objection to Ab Coaster's California counsel appearing by telephone while its Ohio counsel appears in person, if the Local Rules permit.

Respectfully submitted,

/s/Arland T. Stein
Arland T. Stein, Trial Attorney (0007310)
HAHN LOESER & PARKS LLP

65 East State Street, Suite 1400
Columbus, Ohio 43215
Tele:   614/221-0240
Fax:    614/221-5909
E-mail:  astein@hahnlaw.com

Attorney for Plaintiffs
Brian Greene, Penny Greene, &
Professional Billing Consultants, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2010, I electronically filed the foregoing DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following:

N. Trevor Alexander
Chet J. Bonner
John T. Wiedemann
CALFEE, HALTER & GRISWOLD LLP
21 East State Street, Suite 1100
Columbus, Ohio 43215-4243
Tel: (614) 621-1500/ Fax: (614) 621-0010
Email: talexander@calfee.com
        cbonner@calfee.com
        jwiedemann@calfee.com

Daniel M. Cislo, Esq.
Kelly W. Cuuningham, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Tel: (310) 451-0647 / Fax: (310) 394-4477
Email: dancislo@cislo.com
        kcunningham@cislo.com

Attorneys for Defendant
Ab Coaster Holdings, Inc.

/s/Arland T. Stein
Attorney for Plaintiffs
Brian Greene, Penny Greene, &
Professional Billing Consultants, Inc.