```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

AB Coaster Holdings, Inc.      :

      Plaintiff,            :

   v.                            :     Case No. 2:10-cv-234

Brian Greene, et al., ,        :     JUDGE SARGUS

      Defendants.           :

## ORDER

Plaintiff has moved for leave to appear via teleconference at the preliminary pretrial conference scheduled in this case for May 20, 2010.  The motion sets forth good cause and the motion (#38) is therefore granted as follows.  The preliminary pretrial conference will take place with all counsel participating telephonically.  Counsel for plaintiff shall be responsible for initiating the call to the Court at 614.719.3410.

                                  /s/ Terence P. Kemp
                                  United States Magistrate Judge